UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG YANQI,<br>Petitioner,<br>v.<br>WARDEN, Adelanto Detention Center, et al.,<br>Respondents. | Case No. CV 5:26-05687-RAO<br><br>JUDGMENT |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 5, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE